

FILED

02/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0394

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0394

JACOB SMITH,

   Petitioner and Appellant,

v.

STATE OF MONTANA, et al.,

   Respondent and Appellee.

FILED

FEB 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on February 8, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 10(4) requires a "a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served, certified by the person who made service." While the Appellant's brief contains a certificate of service, it does not indicate the names and addresses of the persons served.

M. R. App. P. 11(4)(e) requires a certificate of compliance indicating the document's line spacing and (1) that the document is proportionally spaced, together with the typeface, point size, and word count; or (2) that the document uses a monospaced typeface, together with the number of characters per inch and word count, or the number of counted pages. The Appellant's brief does not contain a certificate of compliance.

M. R. App. 11(6)(b) sets forth the information that must be presented on the cover of each brief, which includes cause number, title of the case, tribunal from which the appeal is taken, party names, names and contact information for counsel for each party, if any, and the title of the document. The cover of the Appellant's brief does not include much of the information required by this rule.

Appellant's brief does not meet the requirements of M. R. App. P. 12(1)(a), which requires a table of contents, with page references, and a table of authorities; M. R. App.

P. 12(1)(d), which requires a statement of facts relevant to the issues presented for review with references to the pages or parts of the record at which material facts appear; M. R. App. P. 12(1)(e), which requires a statement of the standard of review as to each issue raised, together with a citation of authority; M. R. App. P. 12(1)(f), which requires a summary of the argument which contains a succinct, clear, and accurate statement of the arguments made in the body of the brief; or M. R. App. P. 12(1)(i), which requires an appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support.

M. R. App. P. 13(2) requires that a signed original and nine copies of the brief be filed with the clerk of the supreme court. The Appellant's brief is not signed. Therefore,

IT IS ORDERED that the original and copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to provide Appellant with a copy of the *Civil Handbook* for litigants proceeding before this Court without an attorney.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 8th day of February, 2022.

For the Court,

By _____
Justice